UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAKILLA ASIF,                                    Civil Action No:
                                                  11-2895(JBW)(JO)
                        Plaintiff,

        -against-                                 **STIPULATION**

TARGET STORES, INC.,

                        Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between SHESTACK & YOUNG, LLP, attorneys for plaintiff and SIMMONS JANNACE, LLP, attorneys for defendant TARGET CORPORATION s/h/a TARGET STORES, INC. ("TARGET"), that the plaintiff's damages, including but not limited to, pain and suffering, personal injury, medical expenses, loss of earnings and/or any other special damages relating to the alleged accident of May 10, 2009, which forms the basis of this lawsuit, shall not exceed the sum of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), and that plaintiff shall hold Target harmless from any and all liens, expenses, costs, fees or other obligations, concerning, associated with or relating to plaintiff's care and treatment, medical or otherwise, and any related damages, now known or unknown, existing currently, or which may arise in the future as a result of the claims arising from the above-captioned matter, and that any claim for damages contained in plaintiff's Complaint is

hereby forever reduced to the sum of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

IT IS HEREBY FURTHER STIPULATED AND AGREED that in exchange for the above, Target hereby consents to the remand of this matter from the United States District Court to the Supreme Court of the State of New York, County of Queens.

IT IS HEREBY FURTHER STIPULATED AND AGREED, a facsimile copy of this Stipulation shall be deemed an original.

Dated    Syosset, New York
         June 30, 2011

SIMMONS JANNACE, LLP
Attorneys for Defendant
TARGET CORPORATION s/h/a
TARGET STORES, INC.

By: _____
    Marvin N. Romero, Esq.
Office & P.O. Address:
115 Eileen Way, Suite 103
Syosset, New York 11791-5314
(516) 802-0630

SHESTACK & YOUNG, LLP
Attorneys for Plaintiff
SHAKILLA ASIF

By: _____
    Shibu Jacob, Esq. (SJ-7383)
Office & P.O. Address:
233 Broadway, Suite 2200
New York, New York 10279
(212) 766-1200